NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2003-1427, 2008-1378, -1400

ALEXANDER S. ORENSHTEYN,

Plaintiff-Appellant,

v.

DAVID FINK, TIMOTHY W. JOHNSON,
and FINK & JOHNSON,

Sanctioned Parties-Appellants,

v.

CITRIX SYSTEMS, INC.,

Defendant-Appellee.

Appeals from the United States District Court for the Southern District of Florida
in case no. 02-CV-60478, Judge Adalberto Jordan.

ON MOTION

ORDER

Upon consideration of the unopposed motion of David Fink et al. for an extension of time, until April 24, 2009, to file the joint appendix,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

APR   9 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 09 2009

JAN HORBALY
CLERK

cc:    Alexander S. Orenshteyn
David Fink, Esq.
Douglas J. Kline, Esq.

s8